## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARK APOSTOLOU, an individual; *et al.*, <br><br>Plaintiffs, <br><br>vs. <br><br>PALISADES COLLECTION, LLC, a Delaware Limited Liability Company; *et al.*, <br><br>Defendants. | Civil Action No. <br>2:09-cv-04626-SRC-MAS <br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, hereby stipulates to and gives notice of dismissal of the above-entitled action with prejudice as to himself and without prejudice as to the rights of the unnamed putative class members, without further costs, disbursements, attorney's fees, or expenses to or against any party.

**IT IS SO STIPULATED** this 19th Day of May 2010.

**PHILIP D. STERN & ASSOCIATES, LLC**     **SPECTOR, GADON & ROSEN, P.C.**

By: *s/ Philip D. Stern*                                    By: *s/George M. Vinci, Jr.*
    Philip D. Stern, Esq.                                      George M. Vinci Jr., Esq.
    *Attorneys for Plaintiff, Mark Apostolou*          *Attorneys for Defendant, Palisades*
                                                                              *Collection, LLC*

**IT IS SO ORDERED:**

_____
HON. STANLEY R. CHESLER
United States District Court Judge